■ In the Matter of JOSEPH DiCICCO, Petitioner, v FRANCIS A. NICOLAI et al., Respondents. [728 NYS2d 396] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia,* to enjoin the respondents from proceeding in a criminal action entitled *People v DiCicco,* pending in the City Court, City of Peekskill, under Docket No. 01-0010, and a civil action entitled *Fidlow v DiCicco,* pending in the Village Court, Village of Scarsdale, under Index No. 2000 CTV 26T/SC.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a

court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Santucci, J. P., Krausman, McGinity and Feuerstein, JJ., concur.